# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE CALDERON, an individual, and JASMINE LARA, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: 5:23-cv-01782-SSS-SHKx<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Sunshine Suzanne Sykes |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: March 25, 2024           By: _____
                                    SUNSHINE S. SYKES
                                    U.S. DISTRICT COURT JUDGE

1
ORDER OF DISMISSAL